No. 581.　AMERICAN PRESIDENT LINES, LTD. *v.* AGNEW ET AL.;

No. 582.　AMERICAN PRESIDENT LINES, LTD. *v.* GRIFFIN ET AL.; and

No. 583.　AMERICAN PRESIDENT LINES, LTD. *v.* FEDERER ET AL.　C. A. 9th Cir.　Certiorari denied. *Ira S. Lillick* for petitioner. *Albert Michelson* for respondents

in Nos. 581 and 582; and *Herbert Resner* for respondents in No. 583.

